**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Laurence M. Linden,        Plaintiff, vs. Joe Arpaio, et al.,        Defendants. | No. CIV 05-1573-PHX-EHC (DKD) **ORDER** |

On February 13, 2006, Defendant Arpaio filed a Motion to Dismiss alleging that Plaintiff failed to exhaust his administrative remedies before filing this law suit. (Dkt. 8.) On the same day, Magistrate Judge Duncan issued an order setting out the deadlines to respond to the Motion to Dismiss. (Dkt. 9.) Magistrate Judge Duncan advised that

> [t]he failure of Plaintiff to respond to Defendant's Motion to Dismiss may in the discretion of the Court be deemed a consent to the granting of that Motion without further notice, and judgment may be entered dismissing the complaint and action with prejudice to LRCiv 7.2(i). *See Brydges v. Lewis*, 18 F.3d 651 (9th Cir. 1994) (per curiam).

Order dated February 13, 2006, p. 2 (Dkt. 9.) Rule 7.2(i) of the Local Rules of Civil Procedure for the District of Arizona provides that "if the opposing party does not serve and file the required answering memoranda, . . . such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily."

//

//

//

Accordingly,

**IT IS ORDERED** that the Court will dismiss Plaintiff's Complaint without further notice to Plaintiff if he fails to show cause within 30 days from the date of this order for his failure to respond to Defendant Arpaio's Motion to Dismiss.

**IT IS FURTHER ORDERED** withdrawing the reference to the current Magistrate Judge as to the Motion to Dismiss. (Dkt. 8.) All other matters shall remain before the Magistrate Judge for disposition as appropriate.

DATED this 25th day of April, 2006.

_Earl H. Carroll_
Earl H. Carroll
United States District Judge

- 2 -